**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**KESHENG ZHU, Defendant–Appellant.**

No. 07–30074.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 28, 2007.

Helen J. Brunner, Esq., Todd L. Greenberg, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Walter G. Palmer, Esq., Walter G. Palmer Inc., PS, Seattle, WA, for Defendant–Appellant.

Before: CANBY, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Kesheng Zhu appeals from his guilty plea conviction and 33–month sentence for conspiracy to transport individuals in furtherance of prostitution, in violation of 18 U.S.C. § 371. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.